IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAINE

Jacob
Keith_____

_____

_____

*(Write the full name of each plaintiff who is filing this complaint.  If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

**-against-**

_____State of Maine

Maine DHHS_____

_____

_____

*(Write the full name of each defendant who is being sued.  If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

**Complaint for a Civil Case**

Civil No. _____
*(to be filled in by the Clerk's Office)*

Jury Trial:    ☐ Yes    ☐ No
          *(check one)*

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

Name                        ____Jacob Keith_____

Street Address            _____160 Hemlock Bridge Rd_____

City and County         ___Fryeburg, Oxford_____

State and Zip Code      _____Maine 04037_____

Telephone Number

_____2074181976_____
_____

E-mail Address

_____jacobkamarakeith@gmail.com_____
_____

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title (if known).  Attach additional pages if needed.

Defendant No. 1

Name                        ____State of Maine_____

Job or Title
(if known)                  _____

Street Address            _____

City and County         _____

State and Zip Code      _____

Telephone Number      _____

E-mail Address           _____

(if known)

Defendant No. 2

| | |
|---|---|
| Name | _____Maine |
| DHHS_____ |
| Job or Title | _____ |
| (if known) | |
| Street Address | _____ |
| City and County | _____ |
| State and Zip Code | _____ |
| Telephone Number | _____ |
| E-mail Address | _____ |
| (if known) | |

Defendant No. 3

| | |
|---|---|
| Name | _____ |
| Job or Title | _____ |
| (if known) | |
| Street Address | _____ |
| City and County | _____ |
| State and Zip Code | _____ |
| Telephone Number | _____ |
| E-mail Address | _____ |
| (if known) | |

Defendant No. 4

| | |
|---|---|
| Name | _____ |
| Job or Title | _____ |
| (if known) | |
| Street Address | _____ |
| City and County | _____ |
| State and Zip Code | _____ |
| Telephone Number | _____ |
| E-mail Address | _____ |
| (if known) | |

II.   **Basis for Jurisdiction**

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction?  *(check all that apply)*

☐yes   Federal question              ☐   Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

A.   **If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

o   _ The **Fourteenth Amendment** (Due Process and Equal Protection),

o   The **Americans with Disabilities Act (ADA)**,

o   **42 U.S.C. §1983**,

o   **HIPAA**,

The **False Claims Act** 31 USC 3729-3733

The Thirteenth Amendment

_____

_____

_____

B.   **If the Basis for Jurisdiction Is Diversity of Citizenship**

1.   The Plaintiff(s)

a.   If the plaintiff is an individual

The plaintiff, *(name)* _____, is a citizen of

the State of *(name)* _____.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

a.    If the defendant is an individual

The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. *Or* is a citizen of *(foreign nation)* _____.

b.    If the defendant is a corporation

The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____. *Or* is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

_____The state and Maine DHHS had ample time to investigate and handle the situation which they chose not to do at all levels including police and child protective services. The approximate amount of fraud is 2.5 million multiplied by three under the FCA. The state has refused to give me the exact insurance claims. The amount was concluded at 2.5 million as I was forced into medical slavery for over six years and it costs on average one thousand dollars per day._____

_____

_____

### III.    Statement of Claim

Write a short and plain statement of the claim.  Do not make legal arguments.  State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought.  State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

### A. Early Childhood and State Intervention

1. Plaintiff was born in 2004 under conditions of significant medical and environmental risk, including parental substance abuse and instability.

2. Medical providers made mandated reports to DHHS shortly after birth due to concerns regarding neglect and exposure.

3. Despite early warning signs, state intervention was **inconsistent, delayed, and inadequately investigated**, resulting in prolonged exposure to harm.

### B. Foster Care, Termination of Parental Rights, and Adoption

1. Plaintiff was placed in foster care and later subjected to termination of parental rights proceedings.

2. The termination and subsequent adoption occurred **without Plaintiff's informed consent** and under circumstances later shown to be financially incentivized through **Title IV-E and Medicaid funding mechanisms**.

3. Plaintiff was labeled "medically handicapped" despite inconsistent diagnoses, triggering eligibility for ongoing federal reimbursement.

### C. Abuse, Retaliation, and Failed Investigations

1. After adoption, Plaintiff was subjected to **physical abuse, sexualized harm, isolation, forced labor, food deprivation, and surveillance** within the adoptive household.

2. Plaintiff repeatedly disclosed abuse to mandated reporters and medical professionals.

3. **Child Protective Services investigations were either not initiated, prematurely closed, or inadequately conducted**, despite corroborating indicators and records.

4. These failures occurred against the backdrop of documented statewide non-compliance with investigation standards.

## D. Institutionalization and Medical Exploitation

1. Plaintiff was cycled through numerous crisis units, residential facilities, and out-of-state placements.

2. Defendants repeatedly employed **restraint-based behavioral models** and **psychotropic polypharmacy** without informed consent or individualized medical necessity.

3. Medications were frequently changed, escalated, or abruptly discontinued, resulting in significant neurological and psychological harm.

4. Upon Plaintiff's abandonment at a homeless shelter, medications were terminated without medical supervision.

## E. Abandonment and Transition Failure

1. As Plaintiff approached adulthood, Defendants **failed to provide required transition planning**, housing stability, or financial safeguards.

2. Plaintiff was effectively abandoned once funding eligibility diminished, demonstrating a direct causal link between **benefit exhaustion and withdrawal of care**.

3. Plaintiff suffered loss of wages, identity continuity issues, and administrative inconsistencies with Social Security and Selective Service records.

….

## IV.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

1. Plaintiff suffered:

- Physical injury

- Psychological trauma

- Loss of liberty

- Lost wages

- Loss of educational opportunities

- Ongoing economic instability

Plaintiff respectfully requests:

    A. Declaratory judgment that Defendants violated federal and state law

    B. Injunctive relief prohibiting similar practices

    C. Compensatory damages

    D. Punitive damages where permitted

    E. Attorneys' fees and costs

    F. Any further relief the Court deems just

    G. Other legal costs

Plaintiff respectfully believes he should be able to attain these due to obstruction by state officials, deliberate indifference, constitutional violations, and other case law and statutes described within legal papers, including all information provided. Plaintiff believes he has met the burden of proof and apologizes he has not been able to seek action further as there have been a minimal number of people who have wanted to help him learn how to write and address the issues at hand.

**V.**     **Closing**

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: _____, 20__.

Signature of Plaintiff          _____Jacob Keith_____

Printed Name of Plaintiff     _____Jacob Keith_____