

# Spurwink Services
## Spurwink Crisis Prevention Assessment and Plan

| Patient Name | Date of Birth | Gender | ID No. | Intake Date |
|---|---|---|---|---|
| Romanow, Stephen J. | 07/30/2004 | M | 022993 | 9/15/2015 |

## Test

| Event | Date [EST] | Staff | Program Providing Service |
|---|---|---|---|
| Crisis Prevention Assessment and Plan | 1/14/2018 12:00 AM | Harrison, Mariah Collins (Ended: 12/07/2018) | CBHH - Children's Behavioral Health Home |

| Enrollment Episode | Site Providing Service |
|---|---|
| Children's Behavioral Health Home - from 03/21/2017 to 09/19/2019 | |

### Test Information

**Instructions: Complete at time of admission. Review/Update every 90 days or more often if necessary.**

### Spurwink Team Members

| Worker | Program | Role | Day Phone | Email | Program Discharge |
|---|---|---|---|---|---|

*No information on file*

### Medical Providers Involved

| Type of Provider | Practitioner | Organization | Day Phone | Address |
|---|---|---|---|---|
| Primary Care Physician | Debra Rothenberg | Maine Medical Partners-Portland Family Medicine | | 272 Congress Street, PORTLAND, ME 04101 |

## Triggers and Early Warning Signs

### Description of Triggers/Early Warning Signs

**Things that can start a crisis, (i.e., loud noises, hearing "no", stern voices, crowded places), or client behavior such as yelling, swearing:**

Crisis plan was provided by Cathy Sawtelle and Katherine Rice@ AMHC Residental Treamtment 127 Palmer Street, Calais, Maine 04619.  Please see the attached scanned copy of the plan.  See attached copy below.

### What's Helpful/who to involve



# Spurwink Services
## Spurwink Crisis Prevention Assessment and Plan

| Patient Name | Date of Birth | Gender | ID No. | Intake Date |
|---|---|---|---|---|
| Romanow, Stephen J. | 07/30/2004 | M | 022993 | 9/15/2015 |

**Actions/interventions and people that help youth remain calm and cope with stressor(s):**

Crisis plan was provided by Cathy Sawtelle and Katherine Rice@ AMHC Residental Treamtment 127 Palmer Street, Calais, Maine 04619. Please see the attached scanned copy of the plan. See attached copy below.

### What's NOT helpful/who NOT to involve:

**Actions/interventions that are not helpful, and people who should not be involved:**

Crisis plan was provided by Cathy Sawtelle and Katherine Rice@ AMHC Residental Treamtment 127 Palmer Street, Calais, Maine 04619. Please see the attached scanned copy of the plan. See attached copy below.

## Crisis

### Description of Crisis Behavior

**Description of crisis behavior(s)**

Crisis plan was provided by Cathy Sawtelle and Katherine Rice@ AMHC Residental Treamtment 127 Palmer Street, Calais, Maine 04619. Please see the attached scanned copy of the plan. See attached copy below.

### What's helpful/who to involve:

**Actions/interventions and people that help:**

Crisis plan was provided by Cathy Sawtelle and Katherine Rice@ AMHC Residental Treamtment 127 Palmer Street, Calais, Maine 04619. Please see the attached scanned copy of the plan. See attached copy below.

### What's NOT helpful/who NOT to involve

**Actions/interventions that are not helpful, and people who should not be involved:**

Crisis plan was provided by Cathy Sawtelle and Katherine Rice@ AMHC Residental Treamtment 127 Palmer Street, Calais, Maine 04619. Please see the attached scanned copy of the plan. See attached copy below.

### Post Crisis Follow up



# Spurwink Services
## Spurwink Crisis Prevention Assessment and Plan

| Patient Name | Date of Birth | Gender | ID No. | Intake Date |
|---|---|---|---|---|
| Romanow, Stephen J. | 07/30/2004 | M | 022993 | 9/15/2015 |

### What's helpful/who to involve

**Actions/interventions that help (i.e., debrief, give youth space) and people to involve:**

> Crisis plan was provided by Cathy Sawtelle and Katherine Rice@ AMHC Residental Treamtment 127 Palmer Street, Calais, Maine 04619. Please see the attached scanned copy of the plan. See attached copy below.

### What's NOT helpful/who NOT to involve

**Actions/intervnetions that are not helpful, and people who should not be involved:**

> Crisis plan was provided by Cathy Sawtelle and Katherine Rice@ AMHC Residental Treamtment 127 Palmer Street, Calais, Maine 04619. Please see the attached scanned copy of the plan. See attached copy below.

### If these techniques do not work and the situation worsens you should:

### Access the Crisis Line at 1-888-568-1112

### If there is a danger to you or a member of your family, call 911

### Client

> 1/14/2018

Date Reviewed with Client

### Guardian (if applicable)

> 

Date Reviewed with Guardian (if applicable)

### Would you like a copy of your plan?

☑ Copy of plan was provided.    ☐ Copy of plan was declined.

### *Scanned Crisis Plans*

> scannedfile0.PDF

### Tasks/Schedules

*Schedule Next*

>



## Spurwink Services
## Spurwink Crisis Prevention Assessment and Plan

| *Patient Name* | *Date of Birth* | *Gender* | *ID No.* | *Intake Date* |
|---|---|---|---|---|
| Romanow, Stephen J. | 07/30/2004 | M | 022993 | 9/15/2015 |

### Signatures

| Date | Name | Action | Signature |
|---|---|---|---|
| 6/8/2018 1:23 PM | Harrison, Mariah Collins (Ended: 12/07/2018) Data Collection Specialist – OCS Cumberland | Submit Event | Electronically Signed |
| 6/12/2018 9:49 AM | McGivney, Nathanna M. (LCSW) Regional Director - OCS | Approve Event |  |