Dear the Court,

Hello Again!

U.S. DISTRICT COURT
DISTRICT OF MAINE
PORTLAND
RECEIVED AND FILED

MAR 1 8 2026

JENNIFER P. LYONS, CLERK

BY_____

DEPUTY CLERK

Case Number:

2:26-cv-00126-JAW

I have included in this mail:

1. A cover sheet.
2. Evidence/Relevance
3. A hard drive of recorded conversation. Maine is a one party state for recordings.

Respectfully,

Jacob Keith

160 Hemlock Bridge Rd

Fryeburg ME 04037

2074181976

jacobkamarakeith@gmail.com