M Gmail    🔍 e meyer    ✕ ⛭

✉

## Julie M. Frost (Spurwink Employee)

Jacob Keith <jacobkamarakeith@gmail.com>
to emeyer

Dear Mr. Meyer,

My name is Jacob Keith. I was adopted by a family who abused me. This family abandoned me to my biological mother who has no parental rights. My biological mother Spurwink is aware they have hired a child perpetrator. I'm also aware she's told numerous coworkers that I'm her son, and I'm aware that she has claimed me on her insu are fraudulent claims. Here are pictures to prove she is not who she appears to be. I have found it most important to contact Spurwink Upper Management about this iss file. My case managers were Jay Binnion and Angela Mikselle. Jay Binnion was of no help to me, and instead helped my guardian and her daughter Sarah Fields (anothe emergency rooms, hospitals, and residential treatment facilities. Recently, the US DOJ sued the State of Maine for such action.

**5 Attachments · Scanned by Gmail**    ⬇    🔼 Add all to Drive

 

 Jacob Keith <jacobkamarakeith@gmail.com>
to emeyer

( Reply )  ( Forward )

①

Enable desktop notifications for Gmail.    OK    No thanks



≡ **M** Gmail     Q  sweetser                          ✕   ⇌



## Info Inquiry

**Jacob Keith** <jacobkamarakeith@gmail.com>
to info

Hello,

I used to be in your facilities. Recently, DOJ sued Maine for unnesarily segregating youth in facilities. Nobody is in trouble, but I'm looking to get my records and see if Sv
care. Of course, law enforcement including Saco PD and MSP Major Crimes have been notified. It appears I was unnesarily segregated at your facility for my guardians
for matters like this. I ask you, did sweetser have access to such records?

**6 Attachments** · Scanned by Gmail     ⬇   △ Add all to Drive

    

( Reply )   ( Forward )   ☺



Enable desktop notifications for Gmail.    OK    No thanks

 M Gmail          Q   in:sent                                              ✕  ⇌

## Federal Case

 **Jacob Keith** <jacobkamarakeith@gmail.com>
to jwoodcock

Dear Attorney Woodcock,

My name is Jacob Keith. Attorney Theodore Berry and I have been in contact and apparently I need fifty grand to get a case moving forward. Attorney Berry and I agree everything wrong with Maines child welfare system. The case connects multiple state and federal cases, audits, and more. Simply looking for a second opinion, I find it a when they human trafficked me. Certainly there are resources for these predicaments? Included is my summary of claims and medical fraud history. I have tried contactii as well but haven't heard a word. This case even spooked Attorney Berry by the sounds of it, he said I could possibly be in danger, even recommended I leave the state. lightly.

Thank You, Jacob

https://1drv.ms/w/c/653dbff0ddf5fde5/IQCUzcxpTIPdRpv1Y5X4KD-5AQQUVyt2lbYStiHOXUhT-uc?e=DWILhl

https://1drv.ms/w/c/653dbff0ddf5fde5/IQCrbdGKE_YWSZ1KPyJqe5TrAVJf9bynhDwyqObQsjPv0H4?e=mRuR00

( Reply )  ( Forward )  ☺

① 

Enable desktop notifications for Gmail.    OK    No thanks

 ☰ M Gmail          Q  in:sent                                    ✕  ⚙

✉

## David Brain Keith/US DOJ MAINE  Inbox ×

 **Jacob Keith** <jacobkamarakeith@gmail.com>
to Wlking@yorkcountymaine.gov

Dear Sheriff,

My name is Jacob Keith. My dad was David Brian Keith. Being his son, I was wondering if I could receive any paperwork that York County may have on him. I believe he believe he is deceased now.

I am also writing to you regarding a lawsuit that happened between the US DOJ and the State of Maine. This lawsuit alleged Maine unnesarily segregated children in fac some paperwork that said I was segregated in one the emergency rooms by York County Sheriffs. I am wondering if the name of that Officer could be found, and hope th I received and due to investigative failure I was placed in emergency rooms and facilities quite a few times.

I have a larger investigation going, via the photos link below, and you're welcome to take a look at it. I am though primarily writing to you about the York County area of m

Please get back to me when you can,

Jacob Keith

Full Investigative Material:

https://photos.app.goo.gl/W11E7yFRuPRJUKZe8

York County Part of the Investigation:

( Reply )   ( Forward )   ☺

①    —           —                              _____  _____

Enable desktop notifications for Gmail.    OK    No thanks

≡  M Gmail        🔍  in:sent                                                    ✕  ⚙

✉

## Fryeburg PD Encounter 3/9/26  Inbox ×

  **Jacob Keith** <jacobkamarakeith@gmail.com>                                                    Mor
to j.mattei, Theodore, Neil

Time: 3:25 AM - 3:45 AM
Body cams - ?

Dear Officer Mattei, District Attorney Neil McLean, and Attorney Berry,

Fryeburg PD responded to 160 Hemlock Bridge Rd. at the request of someone other than myself. This dispute regards the mental health of another individual in the hom
have been included due to another matter of legal presedence of which it is unknown where it currently stands. I do not believe this was any form of retaliation or police r
parties as there are legit concerns with law enforcement given previous history with them concerning violations of 42 USC 1983 negligence, false arrest, constitutional vic
violations of Maine statutes as well.

A short video was taken of the encounter before it was paused to share photographic evidence. Upon seeing the evidence it was requested that photographic and other c

Simply taking precautions due to other legal matters, the officers conduct was legally just in this matter.

The photographic evidence clearly shows I was willing to keep everyone in the home safe as the homeowner kindly took in someone who has mental difficulties. I am no
violent behavior from the individual causing others, including myself, to be on high alert.

The individuals behavior includes:

Using the bathroom in trash bags
Keeping others awake
Claiming her son works for the FBI

( Reply )    ( Forward )    ( ☺ )

①




**Theodore**                                                                           Tue,
to me

Please do not cc me in emails like this.

I do not represent you on this fryeburg pd matter.

Consult me and get my permission before you cc me in an email like this.

Thanks,

Attorney Berry

**Jacob Keith** <jacobkamarakeith@gmail.com>                                          Tue,
to Theodore

Dear Attorney Berry,

Sounds good. You were the one who claimed I could be in danger. I'm very big on my safety whether it concerns a public servant or civilian.

( Reply )   ( Forward )   ( 😊 )

 ☰ M Gmail          🔍 in:sent                                    ✕ ⇌

✉

 **Jacob Keith** <jacobkamarakeith@gmail.com>                                                              Mar 1
to Theodore

Dear Attorney Berry,

Sounds good. You were the one who claimed I could be in danger. I'm very big on my safety whether it concerns a public servant or civilian.

I've literally been harassed and bullied for lack of better terms by police officers most of my life. I will just assert my fifth amendment right moving forward.

I'm personally watching out for any new claims and if a public servant were to deliberately retaliate due to my whistleblowing and pursued legal actions, that would definil

What I didn't include in the email was that the individual with mental health issues also accused me of theft. I have stole nothing and have witnesses that can back this u; she claims I gave something to someone and that someone is doing jail time. She went on to claim that a sheriff told her that information. I have to take that at face valut and a new if not continued claim of police misconduct.

My case violates law at an extreme level. Yet I don't see the police lining up to question me for that. They specifically asked about my firearms and if they were to attemp firearms and the only thing they could claim is I am not mentally stable. If they would like to claim that I am fully prepared to share the fraud that has taken place against and they, the state and its bad actors, violated the thirteenth amendment (not to mention another dozen statutes and rules) and stood by with deliberate indefference. Th

They made it quite frankly so I appear as a John Doe, like I've been erased and not accounted for in multiple systems despite my evidence and documentation.

I have filed suit, pro se, due to no attorney yet to agree to representation. I have politely asked the court to cover costs. Whether it's advised or not, I feel it's my civic duty and hope they are taking this seriously as they claim and not using this for political theatrics.

In the least, evidence has been provided to the court. I feel like that alone is enough to win. The system legally had no authorization to leave me like it did and I will hold

- Jacob Keith

( Reply )   ( Forward )   ☺

①

☰ **M** Gmail     🔍 in:sent       ✕ ☷

✉

### Legal.docx   Inbox ×

 **Jacob Keith**
Dear Attorney Poulin, Here is the link to the summary of claims. https://onedrive.live.com/:w:/g/personal/653dbff0ddf5fde5/IQCUzcxpTIPdRpv1Y5X4KD-5AQQUVyt2lbYℇ

 **Michael Poulin** <mpoulin@pmhlegal.com>
to me

Good afternoon Mr. Keith,

Our firm has reviewed the materials you sent. Unfortunately, this is not the type of case we handle, and if it were, we see the potential for
also prevent us from taking the case. Due to these reasons our firm will not be taking your case. Good luck with your search and pursuit c

Best,
Mike

Get Outlook for iOS
_____

**From:** Jacob Keith <jacobkamarakeith@gmail.com>
**Sent:** Friday, January 23, 2026 9:41:17 AM
**To:** Michael Poulin <mpoulin@pmhlegal.com>
**Subject:** Legal.docx

( Reply ) ( Forward )

①

 **M** Gmail     Q   in:sent       ✕   ⇅

**DHHS, FOAA Requests** <FOAARequests.DHHS@maine.gov>
to me, FOAA

Good Afternoon Jacob,

We received your inquiry; however we need some clarification on what kind of records are you requesting?

Thank you,

Khristin Levey (she/her)

Constituent Services Coordinator, Public Access Officer
Department of Health and Human Services
Office of the Commissioner



Confidentiality Notice: This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, intended recipient, please contact the sender by reply e-mail and destroy/delete all copies of the original message.

( Reply )   ( Reply all )   ( Forward )  

☰ M Gmail          🔍 in:sent                                              ✕ ⊞

✉

②

Jacob Keith <jacobkamarakeith@gmail.com>
to FOAA

Hello,

Yes the insurance would be Mainecare. I am specifically interested in any billing under my insurance. I am interested in anything regards to Title IV-E as well. I have my r
have learned about the Title IV-E from there. But I am needing to know the billing that has happened to that Mainecare Insurance.

I have learned enough about my foster homes and more from the Cumberland County Probate documents. However, I have also learned that I have no instances of chil
abused by my adoptive family and I know that was a failed CPS Investigation. However, I have also learned I was abused by my biological family in my probate court do
background check came up negative. I could go into speculation but I am just wanting to communicate the records I am seeking.

One attachment · Scanned by Gmail       ⚘ Add to Drive



( Reply )   ( Reply all )   ( Forward )  ☺

①



## RE: Update

message

**cCarthy, Brandon J** <Brandon.J.McCarthy@maine.gov>
o: Jacob Keith <jacobkamarakeith@gmail.com>
c: Banks, Elsie-Kay <Elsie-Kay.Banks@maine.gov>

Sun, Dec 29, 2024 at 5:16 AI

Keith; sorry to hear you haven't gotten any traction with a lawyer.  Did you talk with Elsie about the resources I mentioned?  I think getting out of your current situation is a good idea; I hope you find a place to live first though, and can find a way to make ends meet.

Regarding my investigation, I pushed everything I found to the prosecutor's office weeks ago for their review to see if they had any interest in prosecuting.  I cc'd Major Crimes and Fryeburg PD as well.  I don't think much will come of it since it would be difficult to prove any wrong-doing and the statute of limitations you've heard about before.  Hence, the civil suit action I mentioned; what did the lawyer say about your case against DHHS?

I do wish the best for you Keith.  You didn't deserve the life situation that you were born into, however you have complete control over your future, so I hope you make the most of it.  I know it doesn't seem like you have much to go on right now, but even if you just work a couple retail jobs part time you may be able to make a car payment or make rent or go to the grocery store.  Talk to Elsie about the foster system dumping you at 18 and see if there are resources available to help get you on your feet.

**Very Respectfully,**

**-Brandon J. M<sup>c</sup>Carthy**

**Trooper, Maine State Police**

**Southern Field Troop**

state email:  brandon.j.mccarthy@maine.gov

   

**INTEGRITY*FAIRNESS*COMPASSION*EXCELLENCE**

THIS RECORD MAY CONTAIN DATA THAT IS LAW ENFORCEMENT SENSITIVE, PRIVILEGED, AND/OR CONFIDENTIAL.  IF YOU RECEIVED THIS RECORD IN ERROR, NEITHER FURTHER DISCLOSURE NOR COPYING OF IT IS AUTHORIZED.  NO DATA IN THE RECORD MAY BE DISCLOSED TO NON-LAW ENFORCEMENT PERSONNEL WITHOUT PRIOR APPROVAL OF THE MIAC; NOR MAY ANY SUCH DATA BE POSTED ON ANY PUBLICLY ACCESSIBLE WEBSITE. DATA CONTAINED IN THIS RECORD SHOULD BE INDEPENDENTLY VERIFIED.



## 'W: CPS Background check.

messages

**IcCarthy, Brandon J** <Brandon.J.McCarthy@maine.gov>                    Wed, Nov 6, 2024 at 11:35 AI
o: Jacob Keith <jacobkamarakeith@gmail.com>

Jacob;

Apparently the only way DHHS will give me the records I am requesting is if you fill out and sign the attached form and send it in. DHHS also told me that they would not disclose any allegations that were found to be "unsubstantiated," which is frustrating for me because that means I won't be able to see any of their investigative work into allegations that went nowhere.

I recommend you action the attached form for us, thanks.

**Very Respectfully,**

**-Brandon J. M$^{c}$Carthy**

**Trooper, Maine State Police**

**Southern Field Troop**

**state email: brandon.j.mccarthy@maine.gov**

   

**INTEGRITY*FAIRNESS*COMPASSION*EXCELLENCE**

THIS RECORD MAY CONTAIN DATA THAT IS LAW ENFORCEMENT SENSITIVE, PRIVILEGED, AND/OR CONFIDENTIAL.   IF YOU RECEIVED THIS RECORD IN ERROR, NEITHER FURTHER DISCLOSURE NOR COPYING OF IT IS AUTHORIZED.  NO DATA IN THE RECORD MAY BE DISCLOSED TO NON-LAW ENFORCEMENT PERSONNEL WITHOUT PRIOR APPROVAL OF THE MIAC; NOR MAY ANY SUCH DATA BE POSTED ON ANY PUBLICLY ACCESSIBLE WEBSITE. DATA CONTAINED IN THIS RECORD SHOULD BE INDEPENDENTLY VERIFIED.



## RE: 24S056305-Assist Local PD_Fryeburg

messages

**McCarthy, Brandon J** <Brandon.J.McCarthy@maine.gov>                    Fri, Nov 1, 2024 at 5:01 AM
To: Jacob Keith <jacobkamarakeith@gmail.com>

Good Morning, Jacob,

Would you be able to meet me at 0830AM Wednesday at the Brownfield Sheriff's Substation (82 Main Street, Brownfield)?

Very Respectfully,

-Brandon J. M<sup>c</sup>Carthy

**Trooper, Maine State Police**

**Southern Field Troop**

state email:  **brandon.j.mccarthy@maine.gov**

   

**INTEGRITY*FAIRNESS*COMPASSION*EXCELLENCE**

THIS RECORD MAY CONTAIN DATA THAT IS LAW ENFORCEMENT SENSITIVE, PRIVILEGED, AND/OR CONFIDENTIAL.    IF YOU RECEIVED THIS RECORD IN ERROR, NEITHER FURTHER DISCLOSURE NOR COPYING OF IT IS AUTHORIZED.  **NO DATA IN THE RECORD MAY BE DISCLOSED TO NON-LAW ENFORCEMENT PERSONNEL WITHOUT PRIOR APPROVAL OF THE MIAC; NOR MAY ANY SUCH DATA BE POSTED ON ANY PUBLICLY ACCESSIBLE WEBSITE. DATA CONTAINED IN THIS RECORD SHOULD BE INDEPENDENTLY VERIFIED.**

**From:** Jacob Keith <jacobkamarakeith@gmail.com>
**Sent:** Thursday, October 31, 2024 9:47 PM
**To:** McCarthy, Brandon J <Brandon.J.McCarthy@maine.gov>
**Subject:**



**Jpdate**
message

**IcCarthy, Brandon J** <Brandon.J.McCarthy@maine.gov>                    Wed, Jan 22, 2025 at 10:00 AI
o: Jacob Keith <jacobkamarakeith@gmail.com>

Good Morning, Jacob;

Thanks for reaching out.  I checked the share-drive for the Oxford Co DA's Office, and I do not see any motions to prosecute.  You are more than welcome to contact that county's DA's Office yourself and ask if they have reviewed the evidence submitted by MSP regarding Jeanne ROMANOW (MSP Incident# 24S056305).

Three things I will leave you with are these, and then I won't be able to help you on this matter further:

One; you are now an adult with your whole life ahead of you.  You can choose to dwell on your unfortunate beginnings, or you can choose to focus on what future you have left.  I would recommend the latter.

Two; you are not a lawyer, and your interpretation of criminal statute is flawed.  You cannot bend law to fit your narrative; you'll continue to get nowhere with that approach.  Quoting statute to lawyers, judges, or law enforcement as if you know it better than they do will not help your cause.  If a law firm that has a class-action lawsuit or similar civil suit against DHHS is unwilling to talk with you, then I'm afraid nobody will likely talk with you.  In such a scenario, I would recommend you move on in life before this obsession of yours destroys your future as much as it has your past.

Three; nobody is making you stay at your folks' home.  Again, you are an adult and legally can leave at any time, even without a vehicle of your own.  I applaud your attempt at entering military service, but if you aren't also actively looking for and applying to every job and educational opportunity that could potentially get you out of there, then you're wrong.  Work opportunities and transportation options here in Maine are not great for people in your position.  I would recommend checking out these sites:

https://www.jobcorps.gov/

https://www.gooverseas.com/internships-abroad

https://mainecareercenter.gov/jobseekers/

https://www.maine.gov/labor/jobs_training/

https://ph.jobstreet.com/no-experience-abroad-jobs?countryPickerPage=true

https://www.mccs.me.edu/freecollege/#:~:text=If%20you%20graduated%20high%20school%20(or%20earned%20the%20equivalent%20of,no%20income%20or%20age%20limits

https://www.theteflacademy.com/blog/work-abroad-no-experience/

https://www.energyjobshop.com/roughneck-jobs-in-midland-tx/

https://www.indeed.com/career-advice/finding-a-job/jobs-on-cruise-ship-no-experience#:~:text=If%20you're%20interested%20in,position%20that%20suits%20your%20skills.

https://www.gooverseas.com/blog/cool-jobs-abroad-for-first-time-expats

You're a smart guy, Jacob, but you still have a lot to learn about people, about life, and about societal norms.  I hope you can get yourself out there and I wish you the best of luck, sir.

**Very Respectfully,**

Trooper, Maine State Police

Southern Field Troop

state email: brandon.j.mccarthy@maine.gov

   

INTEGRITY*FAIRNESS*COMPASSION*EXCELLENCE

THIS RECORD MAY CONTAIN DATA THAT IS LAW ENFORCEMENT SENSITIVE, PRIVILEGED, AND/OR CONFIDENTIAL.  IF YOU RECEIVED THIS RECORD IN ERROR, NEITHER FURTHER DISCLOSURE NOR COPYING OF IT IS AUTHORIZED. **NO DATA IN THE RECORD MAY BE DISCLOSED TO NON-LAW ENFORCEMENT PERSONNEL WITHOUT PRIOR APPROVAL OF THE MIAC; NOR MAY ANY SUCH DATA BE POSTED ON ANY PUBLICLY ACCESSIBLE WEBSITE. DATA CONTAINED IN THIS RECORD SHOULD BE INDEPENDENTLY VERIFIED.**

**From:** Jacob Keith <jacobkamarakeith@gmail.com>
**Sent:** Tuesday, January 21, 2025 9:00 PM
**To:** McCarthy, Brandon J <Brandon.J.McCarthy@maine.gov>
**Subject:** Re: Update

**EXTERNAL: This email originated from outside of the State of Maine Mail System. Do not click links or open attachments unless you recognize the sender and know the content is safe.**

[Quoted text hidden]